```
                                              FILED
                                         IN CLERK'S OFFICE
                                       US DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK             ★  DEC 18 2019  ★
```
---------------------------------------------------------------x

SEMYON GRINBLAT, individually and on behalf of all others similarly situated

           Plaintiff,

-against-

CVS ALBANY, LLC, CITIZENS DEVELOPMENT COMPANY, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown

           Defendants.

---------------------------------------------------------------x

BROOKLYN OFFICE

18-CV-6558 (ILG) (SMG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned counsel for the respective parties in this action, that whereas no party hereto is an infant or incompetent person and no person not a party has an interest in the subject matter of the action herein, that all the claims asserted in the action or that could have been asserted in this action are hereby dismissed with prejudice, without fees or costs to either party.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall be deemed as an original.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be filed without further notice with the clerk of the court

Dated: December 13, 2019

_Michael Grinblat_
LAW OFFICES OF MICHAEL GRINBLAT
Michael Grinblat, Esq.
817 Broadway, Fourth Floor
New York, NY 10003
(347) 796-0712
*Attorneys for Plaintiff*
Semyon Grinblat

Dated: December 13, 2019

GORDON REES SCULLY MANSUKHANI LLP
Francis J. Giambalvo, Esq.
One Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
*Attorneys for Defendant*
Citizens Development Company

Dated: December 13, 2019

SAUL EWING ARNSTEIN & LEHR LLP
Erik P. Pramschufer, Esq.
Ruth Rauls, Esq.
1270 Avenue of the Americas, Suite 2005
New York, NY 10020
*Attorneys for Defendant*
CVS Albany LLC

So Ordered
USDJ
s/I. Leo Glasser, USDJ
12/18/19